

ORIGINAL

FILED

09/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0694

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0694

FILED

SEP 2 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

RICHARD D. REINERT, JR.,

    Petitioner and Appellant,

v.

               O R D E R

STATE OF MONTANA,

    Respondent and Appellee.

Appellant Richard Reinert, Jr. has filed a motion for a 30-day extension of time within which to file a petition for rehearing.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's petition shall be filed on or before October 14, 2020.

No further extensions will be granted.

DATED this 21st day of September, 2020.

For the Court,

By _____
             Chief Justice